UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANDREW ALLEN,                )
                                     )
               Plaintiff,     )
                                     )    **JUDGMENT IN A CIVIL CASE**
v.                               )    **CASE NO. 5:23-CV-68-D**
                                     )
COMMUNITY MANAGEMENT     )
CORP,                       )
                                     )
                                     )
               Defendant.   )


**Decision by Court.**


**IT IS ORDERED, ADJUDGED, AND DECREED** that the court ADOPTS the conclusions in the M&R [D.E. 7], GRANTS plaintiff's motion to proceed in forma pauperis [D.E. 1 ], and DISMISSES WITHOUT PREJUDICE plaintiff's complaint for lack of subject-matter jurisdiction [D.E. 2].


**This Judgment Filed and Entered on April 27, 2023, and Copies To:**

Andrew Allen  (via US Mail to 5009 Cape Breaton Dr, Apt 101, Raleigh, NC  27616)




DATE: April 27, 2023               PETER A. MOORE, JR., CLERK


                                       (By)  /s/ Stephanie Mann

                                       Deputy Clerk